UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| G.J. H.L. (A-241-816-249),<br>Petitioner,<br>v.<br>WARDEN, CALIFORNIA CITY DETENTION FACILITY, et al.,<br>Respondents. | No. 1:26-cv-06982-DC-SCR (HC)<br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS</u><br>(Doc. No. 14) |

Petitioner is a federal immigration detainee who filed this amended petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. (Doc. No. 11.) The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 23, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within seven days. (Doc. No. 14.) On October 27, 2026, Petitioner filed a statement of non-opposition to the findings and recommendations. (Doc. No. 15.) On October 29, 2026, Respondents objected to the findings and recommendations "for the reasons stated in their Reply to Order to Show Cause." (Doc. No. 16.) However, those arguments were already addressed and rejected by the magistrate judge. (*See* Doc. No. 14.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

Court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 23, 2026 (Doc. No. 14), are ADOPTED;
2. The amended petition for a writ of habeas corpus (Doc. No. 11) is GRANTED as follows:
   a. Petitioner G.J. H.L. (A-241-816-249) shall be RELEASED IMMEDIATELY from Respondents' custody with the same conditions he was subject to immediately prior to his detention in June 2026. Respondents shall not impose any additional restriction on him, such as electronic monitoring, unless that is determined to be necessary at a future pre-deprivation/custody hearing;
   b. Upon releasing Petitioner from custody, Respondents shall RETURN to Petitioner all of his documents and possessions, including Petitioner's wallet, debit card, credit card, phone, earrings, work clothes, work boots, Social Security card, employment authorization document, Florida driver's license, and Department of Defense identification card (*see* Doc. Nos. 15; 15-1, ¶¶ 7–12; 15-2, item nos. 1–11);
   c. Within three (3) days from the date of entry of this order, Respondents shall FILE a notice of compliance with this court confirming that Petitioner has been released in accordance with the above;
   d. If the government seeks to re-detain Petitioner, it must provide no less than seven (7) days' notice to Petitioner and must hold a pre-deprivation bond hearing before a neutral arbiter, at which Petitioner's eligibility for bond must be considered; and
   e. This order does not address the circumstances in which Respondents may

detain Petitioner in the event Petitioner becomes subject to an executable final order of removal and Petitioner receives notice of that final order of removal;

3. The Clerk of the Court is directed to serve a copy of this order on the California City Detention Facility; and

4. The Clerk of the Court is directed to enter judgment for Petitioner and close this case.

IT IS SO ORDERED.

Dated: **November 23, 2026**

Dena Coggins
United States District Judge